PETER J. BENVENUTTI (Bar No. 60566)
ROBERT A. TRODELLA, JR. (Bar No. 184081)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
E-mail: robert.trodella@hellerehrman.com

The following constitutes
the order of the court. Signed May 03, 2007

Marilyn Morgan
U.S. Bankruptcy Judge

Attorneys for chapter 7 trustee
WILLIAM A. BRANDT, JR.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>IMP, INC.,<br><br>    Debtor.<br><br>WILLIAM A. BRANDT, JR., Chapter 7 Trustee,<br><br>                        Plaintiff,<br>v.<br><br>SUBBARAO PINAMANENI, JAYA PINAMANENI, PHANI PINAMANENI and TEAMASIA SEMICONDUCTORS (USA), a California corporation,<br><br>                        Defendants. | Bk. No. 03-55665 MM<br>Chapter 7<br><br><br><br>Adversary Proc. No. 04-05094<br><br><br>**STIPULATED JUDGMENT IN FAVOR OF PLAINTIFF CHAPTER 7 TRUSTEE AND AGAINST DEFENDANT SUBBARAO PINAMANENI**<br><br>**Judge:  Honorable Marilyn Morgan** |

      On September 7, 2006, plaintiff William A. Brandt, Jr. in his capacity as chapter 7 trustee (the "**Trustee**" or "**Plaintiff**") of debtor IMP, Inc. ("**IMP**" or the "**Debtor**"), through his counsel of record, on the one hand, and defendant Subbarao Pinamaneni, an individual

STIPULATED JUDGMENT IN FAVOR OF PLAINTIFF CHAPTER 7 TRUSTEE AND AGAINST DEFENDANT SUBBARAO PINAMANENI;
BK NO. 03-55665MM

Case: 04-05094  Doc# 179  Filed: 05/03/07  Entered: 05/03/07 15:14:44  Page 1 of 4

("**Defendant**") and pro se litigant, on the other hand, entered into a Stipulation for Entry of Judgment and Settlement Agreement (the "**Stipulation**"), which Stipulation was approved by this Court's Order entered October 4, 2006.[1] The Stipulation provided that upon an Event of Default (as such term is defined in the Stipulation) that is not timely cured pursuant to the terms of the Stipulation, the Trustee is entitled to file with the Bankruptcy Court and serve on Defendant an attorneys' declaration, *ex parte* and without notice, stating that a default has occurred, that written notice of default has been given to Defendant by the Trustee, that Defendant has failed to timely cure the default, and that pursuant to the terms of the Stipulation, this stipulated judgment (this "**Stipulated Judgment**") shall be entered by the Bankruptcy Court in favor of Plaintiff and against Defendant.

The Court having considered the Stipulation and the declaration filed and served in accordance with the Stipulation stating that Defendant failed to timely cure the Event of Default, and having concluded that this Stipulated Judgment should be entered in favor of the Trustee and against Defendant in accordance with the Stipulation, and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Final judgment on the Amended Complaint in favor of the Trustee and against Defendant is hereby entered.

2. Defendant shall forthwith pay to the Trustee the principal amount of $2,000,000 in immediately available United States dollars.

3. All of the facts alleged by the Trustee in the Amended Complaint are deemed to be admitted by the Defendant.

4. All of the elements of each of the Claims alleged in the Amended Complaint are deemed proven.

---

[1] All capitalized terms not defined herein shall have the meanings given to them in the Stipulation.

Heller Ehrman LLP

STIPULATED JUDGMENT IN FAVOR OF PLAINTIFF CHAPTER 7 TRUSTEE AND AGAINST DEFENDANT SUBBARAO PINAMANENI;
Bk No. 03-55665MM

Case: 04-05094    Doc# 179    Filed: 05/03/07    Entered: 05/03/07 15:14:44    Page 2 of 4

5. This Stipulated Judgment shall not be subject to any stay in execution; provided, however, that Defendant shall not be deemed to have waived or released any rights or remedies he may have under Rule 60 of the Federal Rules of Civil Procedure, without further notice or hearing to Defendant.

6. Each party shall bear its own costs, disbursements, and attorneys fees.

Approved as to form:

DATED: September 7, 2006   HELLER EHRMAN LLP

By: /s/ Robert A. Trodella, Jr.
Attorneys for chapter 7 trustee,
William A. Brandt, Jr.

DATED: September 6, 2006   SUBBARAO PINAMANENI

By: [signature]
Subbarao Pinamaneni, Defendant

**\* \* \* END OF ORDER \* \* \***

- 3 -

Heller Ehrman LLP

Case: 04-05094   Doc# 179   Filed: 05/03/07   Entered: 05/03/07 15:14:44   Page 3 of 4

# COURT SERVICE LIST

Office of the U.S. Trustee
Attn: Nanette Dumas
280 S. First Street. Room 268
San Jose, CA 95113-3004

Subbarao Pinamaneni
730 E. Evelyn Avenue, #424
Sunnyvale, CA 94086

Scott L. Goodsell
Campeau, Goodsell and Diemer
38 W. Santa Clara St.
San Jose, CA 95113

Document2

Heller Ehrman LLP