| | EJ-001 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number): Recording requested by and return to:<br>Robert A. Trodella, Jr. (CA Bar No. 184081)<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA 94104<br>(415) 772-6000<br>[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | **FILED**<br>MAY 3 0 2007<br>CLERK<br>United States Bankruptcy Court<br>San Jose, California |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: Bankruptcy Court, Northern District CA
MAILING ADDRESS: 280 S. First Street
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: San Jose Division, Judge Marilyn Morgan

PLAINTIFF: William A. Brandt, Jr., Chapter 7 Trustee for IMP, Inc.
DEFENDANT: Subbarao Pinamaneni

CASE NUMBER: Ch. 7 03-55665/Adv. Pro. 04-5094

FOR RECORDER'S USE ONLY

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**  [ ] Amended

FOR COURT USE ONLY

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   Name and last known address
   > Mr. Subbarao Pinamaneni
   > 730 E. Evelyn Avenue, #424
   > Sunnyvale, CA 94086

   b. Driver's license No. and state: CA - C5030378  [ ] Unknown
   c. Social security No.:  [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   William A. Brandt, Jr., Ch. 7 Trustee, 70 W. Madison St., Ste. 2300, Chicago, IL 60602

Date:
Robert A. Trodella, Jr.
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

▶ /s/ (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 2,000,000
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): May 3, 2007
   b. Renewal entered on (date):
9. [✓] This judgment is an installment judgment.

[SEAL]

This abstract issued on (date): MAY 3 0 2007

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):
11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):
12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [✓] A certified copy of the judgment is attached.

Gloria L. Franklin
Clerk, by CAROL A. BARNHILL, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2006]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF: William A. Brandt, Jr., Chapter 7 Trustee for IMP, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT: Subbarao Pinamaneni | Ch. 7 03-55665/Adv. Pro. 04-5094 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

17. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

18. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

19. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

20. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

21. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

22. ☐ Continued on Attachment 22.

1  PETER J. BENVENUTTI (Bar No. 60566)
   ROBERT A. TRODELLA, JR. (Bar No. 184081)
2  HELLER EHRMAN LLP
   333 Bush Street
3  San Francisco, CA 94104-2878
   Telephone: (415) 772-6000
4  Facsimile: (415) 772-6268
   E-mail: robert.trodella@hellerehrman.com
5
   Attorneys for chapter 7 trustee
6  WILLIAM A. BRANDT, JR.

The following constitutes
the order of the court. Signed May 03, 2007

Marilyn Morgan
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>IMP, INC.,<br><br>    Debtor. | Bk. No. 03-55665 MM<br>Chapter 7 |
| WILLIAM A. BRANDT, JR., Chapter 7 Trustee,<br><br>                              Plaintiff,<br>v.<br>SUBBARAO PINAMANENI, JAYA PINAMANENI, PHANI PINAMANENI and TEAMASIA SEMICONDUCTORS (USA), a California corporation,<br>                             Defendants. | Adversary Proc. No. 04-05094<br><br>**STIPULATED JUDGMENT IN FAVOR OF PLAINTIFF CHAPTER 7 TRUSTEE AND AGAINST DEFENDANT SUBBARAO PINAMANENI**<br><br>**Judge: Honorable Marilyn Morgan** |

On September 7, 2006, plaintiff William A. Brandt, Jr. in his capacity as chapter 7 trustee (the "**Trustee**" or "**Plaintiff**") of debtor IMP, Inc. ("**IMP**" or the "**Debtor**"), through his counsel of record, on the one hand, and defendant Subbarao Pinamaneni, an individual

Heller Ehrman LLP

STIPULATED JUDGMENT IN FAVOR OF PLAINTIFF CHAPTER 7 TRUSTEE AND AGAINST DEFENDANT SUBBARAO PINAMANENI;
BK NO. 03-55665MM

Case: 04-05094   Doc# 181   Filed: 05/30/07   Entered: 05/30/07 12:20:03   Page 3 of 6

("**Defendant**") and pro se litigant, on the other hand, entered into a Stipulation for Entry of Judgment and Settlement Agreement (the "**Stipulation**"), which Stipulation was approved by this Court's Order entered October 4, 2006.[1] The Stipulation provided that upon an Event of Default (as such term is defined in the Stipulation) that is not timely cured pursuant to the terms of the Stipulation, the Trustee is entitled to file with the Bankruptcy Court and serve on Defendant an attorneys' declaration, *ex parte* and without notice, stating that a default has occurred, that written notice of default has been given to Defendant by the Trustee, that Defendant has failed to timely cure the default, and that pursuant to the terms of the Stipulation, this stipulated judgment (this "**Stipulated Judgment**") shall be entered by the Bankruptcy Court in favor of Plaintiff and against Defendant.

The Court having considered the Stipulation and the declaration filed and served in accordance with the Stipulation stating that Defendant failed to timely cure the Event of Default, and having concluded that this Stipulated Judgment should be entered in favor of the Trustee and against Defendant in accordance with the Stipulation, and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Final judgment on the Amended Complaint in favor of the Trustee and against Defendant is hereby entered.

2. Defendant shall forthwith pay to the Trustee the principal amount of $2,000,000 in immediately available United States dollars.

3. All of the facts alleged by the Trustee in the Amended Complaint are deemed to be admitted by the Defendant.

4. All of the elements of each of the Claims alleged in the Amended Complaint are deemed proven.

---

[1] All capitalized terms not defined herein shall have the meanings given to them in the Stipulation.

Heller Ehrman LLP

- 2 -

STIPULATED JUDGMENT IN FAVOR OF PLAINTIFF CHAPTER 7 TRUSTEE AND AGAINST DEFENDANT SUBBARAO PINAMANENI;
Bk No. 03-55665MM

Case: 04-05094    Doc# 181    Filed: 05/30/07    Entered: 05/30/07 12:20:03    Page 4 of 6

5. This Stipulated Judgment shall not be subject to any stay in execution; provided, however, that Defendant shall not be deemed to have waived or released any rights or remedies he may have under Rule 60 of the Federal Rules of Civil Procedure, without further notice or hearing to Defendant.

6. Each party shall bear its own costs, disbursements, and attorneys fees.

Approved as to form:

DATED: September 7, 2006

HELLER EHRMAN LLP

By: /s/ Robert A. Trodella, Jr.
Attorneys for chapter 7 trustee,
William A. Brandt, Jr.

DATED: September 6, 2006

SUBBARAO PINAMANENI

By: [signature]
Subbarao Pinamaneni, Defendant

\* \* \* **END OF ORDER** \* \* \*

UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy of the original document on file in my custody.
Dated 5/17/21
by [signature]
Deputy Clerk

- 3 -

STIPULATED JUDGMENT IN FAVOR OF PLAINTIFF CHAPTER 7 TRUSTEE AND AGAINST DEFENDANT SUBBARAO PINAMANENI;

PAGE 3/3 * RCVD AT 9/6/2006 11:02:50 AM [Pacific Daylight Time] * SVR:SFCS03/0 * DNIS:2093 * CSID: * DURATION (mm-ss):00-52

Case: 04-05094   Doc# 181   Filed: 05/30/07   Entered: 05/30/07 12:20:03   Page 5 of 6

# COURT SERVICE LIST

Office of the U.S. Trustee
Attn: Nanette Dumas
280 S. First Street. Room 268
San Jose, CA 95113-3004

Subbarao Pinamaneni
730 E. Evelyn Avenue, #424
Sunnyvale, CA 94086

Scott L. Goodsell
Campeau, Goodsell and Diemer
38 W. Santa Clara St.
San Jose, CA 95113

Document2

Heller Ehrman LLP